

111 P.3d 620

# SUPREME COURT OF HAWAI'I

## May 11, 2005

| 25128 | King v. Department of Human Services | Affirmed |
|-------|--------------------------------------|----------|

## May 24, 2005

| 26692 | State v. Haili | Affirmed |
|-------|----------------|----------|

## May 27, 2005

| 26379 | State v. Chung | Affirmed |
|-------|----------------|----------|
| 26749 | State v. Hodges | Affirmed |